# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## FLORENCE DIVISION

### C/A # 4:20-cv-02277-SAL

| | |
|---|---|
| Dorothy A. Freeman,<br><br>    Plaintiff,<br><br>Vs.<br><br>701 South Ocean Blvd., LLC, d/b/a Bali Bay Resort,<br><br>    Defendant. | **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff, Dorothy A. Freeman, by and through her undersigned counsel, hereby notifies the Court and all interested parties that, pursuant to Rule 41(a), Fed. R. Civ. P., Plaintiff hereby voluntarily dismisses the above-captioned matter, *without prejudice*. This is the first time Plaintiff has dismissed any federal- or state-court action based on or including the same claim(s).

Florence, SC

July 15, 2020

*s/ William P. Hatfield*
**WILLIAM P. HATFIELD,**
USDC I.D. #1777
Attorney for Plaintiff

**HATFIELD TEMPLE, LLP**
170 Courthouse Square
Post Office Box 1770
Florence, SC  29503-1770
(843) 662-5000
wphatfield@htlawsc.com